FILED

AUG 3 1 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

David Lawrence Bruce, Plaintiff Pro Se
P.O. Box 891
Washington, D.C.   20044-0891

V.

First Lady Hilary Clinton, Defendant
Senate Russell Office Building 476
Washington, D.C.   20510

CASE NUMBER  1:04CV01493

JUDGE: Richard W. Roberts

DECK TYPE: Pro se General Civil

DATE STAMP: 08/31/2004

## COMPLAINT

Plaintiff files this Civil Rights civil case against Defendant in accordance with Title 42, U.S. Code; Sections 1981, 1982, 1983, 1985 (1)(2)(3) and 1986; Title 28, U.S. Code; Sections 1331, 1332, and 1343(a)(1)(2)(3)(4)(b)(1)(2); and the United States Constitution Amendments One, Three, Four, Five, Nine, Thirteen and Fourteen; positing this civil case under Title 28, U.S. Code; 1391(a).

Plaintiff is a Domicile, Resident and Citizen of Washington, D.C., for 23 years.

Defendant is First Lady of the United States of America as wife of Former United States President and Commander in Chief Bill Clinton and now is a United States Senator.

Plaintiff complains Defendant First Lady Hilary Clinton,

sometime between years 1997-2000, without regard of anyone took out a plan to steal three of Plaintiff's securities out of the United States Treasury, in Washington, D.C., to give:

(1) One Security worth US $1 million to an unidentified hand of a person who cashed the security and in accordance with their conspiracy used the cash to bribe Thai Police in Bangkok, Thailand, for the purpose to allow and cover terrorist attacks against Plaintiff, the Thai Seventh-day Adventist Church and United States Embassy-Consulate and JUSMAG-THAI TREATY in Bangkok, Thailand, from late 1999-2002, causing damages to life and property and extending danger to the public safety and damages by an unidentified hand of a person, that persons name the identity of the Thai's who handled the cash bribe and the identity of the Thai Police who took the bribe information and bribe money estimated at US $1 Million.  Regardless the Bangkok Lumpini Police Station District and Bangkok's Central Police Headquarters are suspect to have elements of Thai Police identities involved they are yet to be uncovered.

(2) One security worth U.S. $1 Million to the hands of private conspirators George Reid, his wife Julie Reid and Doug Clark of Keene, Texas, with second homes in Silver Spring

or Takoma Park, Maryland, who created a secret church at Takoma Park Seventh-day Adventist Church, Takoma Park, Maryland, placing Co-conspirator Pastor Ron Halverson as the Pastor of the Takoma Park Seventh-day Adventist Church, planed to kill and steal all of Plaintiff's property in the securities he owns in real estate in Albuquerque, New Mexico and used the security stolen by First lady Hilary Clinton to plan a secret attack without notice against the Thai Seventh-day Adventist Church to steal money Plaintiff allowed their church to use for industrial investment from one of Plaintiff's securities beginning in summer of 1998-2002.  Co-conspirator Pastor Ron Halverson was placed as Pastor of Takoma Park Seventh-day Adventist Church, Takoma Park, Maryland and associate Co-conspirator Don Beisen of Keene, Texas, a resident and domicile there since 1975 at least to handle receipt of stolen property by George & Julie Reid and Doug Clark to store stolen property and send money to George & Julie Reid and Doug Clark where they were in the world.  In February 2000 the first of George-Julie Reid, Doug Clark and an estimated group of 500 secretly arrived at Bangkok Docks and carried out an armed secret attack and criminal

trespass of Thai Seventh-day Adventist Church Headquarters properties in Bangkok, Thailand, by criminal occupation from February 2000 - March 2003, murdering and robbing their church and stealing an undetermined amount of cash Plaintiff gave to Thai Seventh-day Adventist Church. George Reid, Julie Reid, Doug Clark and all Co-conspirators in the Reid-Clark secret plan to murder-rob foreign Seventh-day Adventist Churches, deliberately left out writing a letter to the Thai Seventh-day Adventist Church to ask it for their permission first if they could come to visit their church in Thailand, as all other Seventh-day Adventist Churches they murder-robbed throughout the world from apparently 1998-2003. The Reid-Clark plan caused exceedingly great losses of life to the Seventh-day Adventist Church throughout the world, to name some: Iceland, Netherlands, Spain, Italy, Greece, Patmos Island, Egypt, Canary Islands, Tanzania, Bangkok, Thailand and undetermined damages to their personal livelihood capacity.

(3) Without regard to anyone and Plaintiff First Lady Hilary Clinton's plan included stealing a third security belonging to Plaintiff for the purpose to give the US $1

Million security to an American Indian Tribe in the U.S. West Territory States.

An evil angel planned through First Lady Hilary Clinton and others in Thailand to steal all of Plaintiff's securities and never help Plaintiff. The first advance plan of First Lady Hilary Clinton through her Thai associates in Bangkok, Thailand, was to front a watch in Citibank, N.A., Bangkok, for a Thai bank robbery gang to rob Citibank, N.A., Bangkok and to cut off the Thai Seventh-day Adventist Church from the land of the living so it could not be a consumer of any of Plaintiff's money or property nor an equal in Thai social group life in Thailand nor an individual with personal liberty and personal and real property without regard to anyone nor regard to anyone who cared to repair and restore the results of terrorism at the White House and in Bangkok, Thailand which terroristic genocide plan was to include Saraburi, Thailand and used extensive illegal wire intercepts to find ways to cut off security outlets in Bangkok and Saraburi cities to inside Thailand, out of Thailand across the Thai Borders and to the outside world. In the South of Thailand the particular Devil behind Defendant moved its Buddhist Faction to genocide off the Thai Muslims of the south. Then brought out from undersea preservation those

who had been restored back to life by this devil, human and evil angel persons, as Catholics to use to make genocide of Christians in Thailand easier and elimination of foreign entrepreneurs and embassies, using Suritthanni as its Rebel Army Southern Command and Nakon Si Thommarat as its Supreme Southern Command and a location in Bangkok as it's Headquarters with its Headquarter linked by rail from Chonburi to Bangkok with a wire intercept command post set along that rail line at Chonburi. The formerly dead, restored to life, preserved in body were preserved in shallow cool depths in undersea sites (Gulf of Thailand) off Chonburi city, off Koh Samet Island and others off Samuii Islands. Even the killing of the Thai physically imperfect people and their exploitation by this devil and others was attempted. A real conflict exists in Thailand between the large number of evil angels persons Thai peoples and holy angel persons Thai peoples. This Devil would exploit the use of false allegationists if American to cut off life and make credible contact back to the U.S.A., very difficult.

Plaintiff is suing Defendant personally for this respective court to issue an order to Defendant First Lady Hilary Clinton to identify to this respective court and

Plaintiff the person who's hand she placed Plaintiff's U.S. $1 Million security she stole out of the U.S. Treasury without regard to anyone and Plaintiff other than the hands of George Reid, Julie Reid and Doug Clark; and for nominal damages in the sum of U.S. $3 Million in cash.

Respectfully submitted,

*David Lawrence Bruce*

DAVID LAWRENCE BRUCE, Plaintiff Pro Se
P.O. Box 891
Washington, D.C.  20044-0891

This  31  day of August 2004